**IN THE SUPREME COURT OF PENNSYLVANIA**

OFFICE OF DISCIPLINARY COUNSEL,   :   No. 2335 Disciplinary Docket No. 3

                  Petitioner   :   No. 130 DB 2016

                             :   Attorney Registration No. 315189

              v.            : 

                             :   (Montgomery County)

KEVIN C. FOGLE,                 : 

                  Respondent   : 

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of February, 2017, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Kevin C. Fogle is suspended on consent from the Bar of this Commonwealth for a period of one year and one day. He shall comply with all provisions of Pa.R.D.E. 217.

    Respondent shall pay the costs incurred by the Disciplinary Board in the investigation and prosecution of this matter.